**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

**ROYAL DOMINGO FLAGG,**

                **Plaintiff,**

        v.                                **CASE NO. 22-3280-JWL-JPO**

**BRIAN BELLINGER, ET AL.,**

                **Defendants.**

**MEMORANDUM AND ORDER**

This matter is a pro se civil rights action filed under 42 U.S.C. § 1983 by Plaintiff Royal Domingo Flagg, a prisoner in state custody. Plaintiff is currently incarcerated at the Barton County Jail in Great Bend, Kansas.

Plaintiff filed his complaint (Doc. 1) and a motion to proceed in forma pauperis (IFP) (Doc. 2) on October 27, 2022. The same day, the Court issued a notice to Plaintiff informing him that he must re-submit his complaint and his motion on court-approved forms and he must submit certain financial information to support his motion to proceed IFP. (Doc. 3.) The notice advised Plaintiff that he has until November 28, 2022 to comply with these requirements. *Id.* The notice and the required forms were mailed to Plaintiff at the Barton County Jail. On October 31, 2022, the Court received from Plaintiff a document titled "Amendment to Complaint," which it has construed as a motion to amend the complaint. (Doc. 4.) The document appears to identify additional defendants and perhaps causes of action Plaintiff wishes to include in this case.

It appears that Plaintiff may have mailed the latest document before receiving the Court's notice. In any event, the motion will be granted. As explained in the notice, Plaintiff is required to resubmit his complaint on the court-approved forms. To the extent that Plaintiff wishes to include on those forms information that was not included in the initial complaint he submitted, he may do so. Plaintiff is cautioned, however, that the complaint he submits on forms will not be considered a supplement to the original complaint; it completely replaces it. Any claims or allegations that are not included in the complaint Plaintiff submits on the court-approved forms will not be considered by the Court. In

1

other words, Plaintiff may not simply refer to an earlier pleading. Instead, the complaint Plaintiff submits on forms must contain all allegations and claims that Plaintiff intends to pursue in this action, including those to be retained from the initial complaint. Plaintiff is further advised that he remains obligated to comply with all requirements set forth in the notice.

**IT IS, THEREFORE, BY THE COURT ORDERED** that the motion to amend complaint (Doc. 4) is **granted.** Plaintiff is granted to and including **November 28, 2022**, to submit a complete amended complaint on court-approved forms.

**IT IS SO ORDERED.**

DATED:   This 1st day of November, 2022, at Kansas City, Kansas.

S/ James P. O'Hara

JAMES P. O'HARA
United States Magistrate Judge